UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 18-cr-0201 (WMW/SER) |
| Plaintiff, | **FINAL ORDER OF FORFEITURE** |
| v. | |
| Steve Rodriguez, | |
| Defendant. | |

WHEREAS, on January 8, 2019, this Court entered a Preliminary Order of Forfeiture to the United States of a Taurus semiautomatic pistol, serial number TJW47066, and any associated ammunition (Property), pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c);

WHEREAS, beginning on January 15, 2019, the Plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government Internet site (www.forfeiture.gov), providing notice of the government's intention to dispose of the Property in accordance with law, and of the right of third parties to petition the Court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the Property; and

WHEREAS, no petitions have been filed with the Clerk of Court, and the time for filing a petition has expired.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. Plaintiff United States of America's motion for a final order of forfeiture, (Dkt. 52), is **GRANTED**.

2. All right, title and interest in the Taurus semiautomatic pistol, serial number TJW47066, and any associated ammunition are hereby forfeited to and vested in the United States of America, pursuant to 18 U.S.C. § 924(d)(1) in conjunction with 28 U.S.C. § 2461(c)

3. The above-described property shall be disposed of by the United States in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 14, 2019  s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge